UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-121-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TODD BALO | **ORDER** |

This case comes before the court on the motion of defendant to reopen the period in which to file pre-trial motions and to continue arraignment and trial. For good cause shown, defendant's motion to reopen the pretrial motion deadline and to continue arraignment and trial is hereby GRANTED. Arraignment and trial is continued to the _September 2014_ term of court.

It is ORDERED that the parties shall file all pre-trial motions no later than _August 11, 2014_. Responses shall be filed no later than _August 25, 2014_.

Any delay that results from this extension shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

This the _29_ day of July, 2014.

JAMES C. DEVER, III
Chief United States District Judge